**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Daniel Elmo Broussard, Jr.
Broussard, Halcomb & Vizzier
P. O. Box 1311
Alexandria LA 71301

**REHEARING ACTION: July 12, 2017**

**Docket Number: 17   00046-CA**

**BRANDON L. SMITH**
**VERSUS**
**CITY OF MARKSVILLE, ET AL.**

**Appealed from Avoyelles Parish Case No. 2016-3329-A**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Billy Howard Ezell**
    **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon L. Smith** has this day been

    **DENIED.**

cc: Derrick M. Whittington, Counsel for the Appellee